IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB JOHN GLENN PIPPIN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ELMWOOD CORRECTIONAL FACILITY,<br><br>　　　　　Respondent. | No. C 14-04135 HRL (PR)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE COMPLETE *IN FORMA PAUPERIS* APPLICATION |

On September 12, 2014, Petitioner, a state prisoner proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On the same day, the Clerk sent Petitioner a notice that his application to proceed in forma pauperis ("IFP"), (Docket No. 2), was insufficient because he failed to submit: (1) a Certificate of Funds in Prisoner's Account completed and signed by an authorized prison official, and (2) a copy of his prisoner trust account statement showing transactions for the last six months. (Docket No. 3.) Petitioner was directed to file a response within twenty-eight days of the notice to avoid dismissal of the action. (Id.)

Petitioner filed another IFP application on October 7, 2014, which is also insufficient because the attached Certificate of Funds was not completed or signed. In the interest of justice, Petitioner is granted an extension of time to file a completed

Certificate of Funds for his IFP application. Petitioner must do so **no later than twenty-eight (28) days** from the date this order is filed. In the alternative, Petitioner may file the $5.00 filing fee in the same time provided.

**Failure to file a timely response in accordance with this order by filing a complete IFP application or paying the filing fee in the time provided will result in the dismissal of this action without further notice to Petitioner.**

**IT IS SO ORDERED.**

DATED: 10/28/14

HOWARD R. LLOYD
United States Magistrate Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JACOB JOHN GLENN PIPPIN,

    Petitioner,

v.

ELMWOOD CORRECTIONAL FACILITY,

    Respondent.

Case Number: CV14-04135 HRL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on __10/28/2014__, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jacob John Glenn Pippin 12035930 PFN #D
Elmwood Correctional Facility
701 S. Abel Street
Milpitas, CA 95035

Dated: __10/28/2014__

P. Cromwell, deputy
Richard W. Wieking, Clerk