IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB JOHN GLENN PIPPIN,<br><br>    Petitioner,<br><br>    v.<br><br>ELMWOOD CORRECTIONAL FACILITY,<br><br>    Respondent. | No. C 14-04135 HRL (PR)<br><br>**ORDER OF DISMISSAL** |

   On September 12, 2014, Petitioner, a state prisoner proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On the same day, the Clerk sent Petitioner a notice that his application to proceed in forma pauperis ("IFP"), (Docket No. 2), was insufficient because he failed to submit: (1) a Certificate of Funds in Prisoner's Account completed and signed by an authorized prison official, and (2) a copy of his prisoner trust account statement showing transactions for the last six months. (Docket No. 3.) Petitioner was directed to file a response within twenty-eight days of the notice to avoid dismissal of the action. (Id.)

   When Plaintiff failed a subsequent IFP application which was also insufficient, (Docket No. 4), the Court granted Plaintiff an extension of time to either pay the filing fee or file the necessary document such that a response was due no later than November

Order of Dismissal
P:\PRO-SE\HRL\HC.14\04135Pippin_dism-ifp.wpd

United States District Court
For the Northern District of California

25, 2014. (Docket No. 5.) The deadline has since passed, and Petitioner has not complied.

Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee. The Clerk shall terminate any pending motions and close the file.

DATED: 12/9/14

_____
HOWARD R. LLOYD
United States Magistrate Judge